CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Princess- MariaSpencer
Plaintiff

v.

31 Cases
Defendant

CASE NO: 1:25:CV-00011  1:25 CV-0009
U0012  1:25 CV-0010
1:25:CV-00013  1:25 CV-0012
1:25 CV 000 14  1:25 CV-0012
1:25 CV 000 95  1:25 CV-0012
1:25 CV 00097  1:25 CV-00123
1:25 CV 00098  1:25 CV-0013
CHANGE OF MAILING ADDRESS  1:25 CV-00132

1:24-cv-02387

1. This change of mailing address is requested by:   ☑ Plaintiff    ☐ Defendant

1:25-CV-00446
1:25-CV-00426
1:25-CV-00424
1:25-CV-00442
1:25-CV-00443
1:25-CV-00445
1:25-CV-00490
1:25-CV-00491
1:25-CV-00492
1:25-CV-00493
1:25-CV-00494
1:25-CV-00495
1:25-CV-00523
1:25-CV-00524
1:25-CV-00526
1:25-CV-00528
1:25-CV-00569
1:25-CV-00269
1:25-CV-00270
1:25-CV-00148

2.  **Old Address:**
Name(s):    Princess MariaSpencer
Mailing Address:    2010 Georgia Ave NW
City, State, Zip Code:    Memphis, TN.
PMS
Washington, DC 20011

3.  **New Address:**
Name(s):    Princess-MariaSpencer
Mailing Address:    1740 West BelmontCircle
City, State, Zip Code:    Memphis, TN. 38108
Telephone Number(s):    901-801-2720

Date: 04/17/2025

Princess-MariaSpencer
Requestor's printed name(s)

Maria

Requestor's signature(s)

Princess Spencer

RECEIVED

APR 17 2025

New: 06/21/2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia